**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEREMY MORALES,**

                **Plaintiff,**

**-vs-**                                                              **Case No. 6:04-cv-701-Orl-22KRS**

**HOLLER MOTORS, INC., d/b/a: Holler**
**Mitsubishi, and CONTINENTAL**
**INSURANCE COMPANY,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AMENDED MOTION TO COMPEL RESPONSES TO PLAINTIFF'S REQUEST TO PRODUCE AND RULE 26 DISCLOSURES, [AND] AMENDED MOTION FOR RULE 37 SANCTIONS (Doc. No. 26)**
>
> **FILED:** February 23, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED.**

The Court directed the plaintiff to file a statement setting forth the resolution of the issues presented in the motion. Instead of filing a simple statement of what was or was not resolved, the plaintiff filed a six-page document reciting many discussions between the parties. It is difficult to discern from this document what has been resolved, and there is some indication that pending issues

may yet be resolved. Therefore, because the parties' good faith attempt to resolve matters presented in the motion is ongoing, I conclude that the motion was prematurely filed.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties